UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                 :

KERETH POWELL                         :      12-CV-4221 (LAP) (DF)
                                 :
            Plaintiff,        :      ORDER ADOPTING REPORT
                                 :      & RECOMMENDATION
   v.                          :
                                 :
METRO ONE LOSS PREVENTION SERVICES :
GROUP (GUARD DIVISION NY), INC.   :
                                 :
            Respondent.      :
                                 :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

       Kereth Powell ("Plaintiff") previously moved to recover costs, attorneys' fees, and sanctions from Metro One Loss Prevention Services Group ("Defendant") as a result of Defendant's late production of documents after the close of the discovery period.  (See Letter to Judge Freeman, dated Mar. 31, 2014 [dkt. no. 54].)  Magistrate Judge Debra Freeman thereafter issued an Order directing Defendant "as a minimum sanction . . . to reimburse Plaintiff for the cost, including reasonable attorneys' fees, of preparing and filing its letter motion and reply."  (Order, dated Aug. 7, 2014 [dkt. no. 59].)

       The parties were unable to come to an agreement as to the amount of fees to be paid pursuant to Judge Freeman's Order, leading Plaintiff to make a formal application to the Court.  Based on the parties' submissions Judge Freeman issued a Report

1

and Recommendation analyzing the requested fees and supporting billing records and ultimately recommending that Defendant be ordered to pay $16,450 to Plaintiff.  (Report and Recommendation, dated Feb. 5, 2015 [dkt. no. 97] (the "Report").)  Defendant subsequently filed objections to the Report (Defendant's Objections, dated Feb. 23, 2015 [dkt. no. 107]), and Plaintiff filed a response to those objections (Plaintiff's Memo. of Law in Opp., dated Mar. 9, 2015 [dkt. no. 115]; Decl. of Debra Raskin in Opp., dated Mar. 9, 2015 [dkt. no. 116].)

Having reviewed the Report and reexamined the objected-to portions de novo — despite Plaintiff's contention that a "clearly erroneous or contrary to law" standard should be utilized (see Plaintiff's Memo. of Law in Opp., dated Mar. 9, 2015 [dkt. no. 115], at 5) — the Court finds the Report to be correct and appropriate.  See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  Accordingly, the Report [dkt. no. 97] is ADOPTED in its entirety.

Conclusion

Plaintiff's objections [dkt. no. 107] are OVERRULED. Pursuant to the reasoning set forth in the Report, Defendant is hereby ORDERED to pay to Plaintiff $16,450 in full satisfaction of the Court's Order dated August 7, 2015 [dkt. no. 59].

SO ORDERED.

DATED:   New York, New York
         December 17, 2015

_____
LORETTA A. PRESKA
Chief U.S. District Judge